# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

May 21, 2021

**STATUS REPORT**

**BY ECF**

Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> This request is granted. The conference scheduled for June 7, 2021 at 10:00 a.m. is adjourned *sine die*. The parties shall file a motion for approval of the proposed settlement agreement, and all other required documents in accordance with 3.G of the Court's Individual Rules and Practices in Civil Cases, by June 21, 2021.
>
> SO ORDERED.
>
> Date: May 25, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: *Perez, et. al. v. Milea Truck Sales Corp., et. al.*
<u>Case No. 21 Civ. 1100 (JPC)</u>

Dear Judge Cronan,

      We are counsel for plaintiffs Alberto de la Cruz Perez and Jose Otero in the above-referenced matter brought pursuant to the Fair Labor Standards Act for unpaid overtime compensation. On behalf of all of the parties I am writing to advise the court that we have reached a settlement in principle with the assistance of the court-appointed mediator; we have a memorandum of understanding, and we are finalizing the terms of a written agreement. We respectfully ask the court to adjourn the conference scheduled for June 7, 2021, along with other pending deadlines, and instead order that the parties file a motion for approval of the settlement on or before June 21, 2021.

      We thank the court for its consideration of this case.

                          Respectfully submitted,

                          CILENTI & COOPER, PLLC

                          */s/ Peter Hans Cooper*
           By: _____
                            Peter H. Cooper

cc:     (By ECF) Defense Counsel Emanuel Kataev, Esq.

1240406.1