USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALBERTO DE LA CRUZ PEREZ, et al.,

                Plaintiffs,

      - against -

MILEA TRUCK SALES CORP., et al.,

                Defendants.
-----------------------------------------------------------X

21-CV-1100 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have consented to my jurisdiction for purposes of approving the settlement agreement in this action. The Court has reviewed the agreement and accompanying papers. The agreement contains a non-disparagement clause that is not mutual and which permits truthful disparaging statements only in certain limited circumstances (such as legal proceedings). By July 15, 2021, the parties shall jointly file either (1) a letter of no more than three pages with authority supporting the propriety of the proposed non-disparagement provision in a wage-and-hour case such as this one, or (2) a revised agreement or amendment to the agreement that modifies the non-disparagement clause (a) to be mutual and/or (b) to allow for truthful statements about the case and underlying facts without limitation to particular circumstances.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record.