```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALBERTO DE LA CRUZ PEREZ and JOSE OTERO, on                            :
behalf of themselves and others similarly situated,                    :
                                                                       :
                                            Plaintiffs,                :   21 Civ. 1100 (JPC)
                                                                       :
                    -v-                                                :   ORDER
                                                                       :
MILEA TRUCK SALES CORP. et al.,                                        :
                                                                       :
                                            Defendants.                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties in this case consented to have the Honorable Robert W. Lehrburger review and approve their proposed settlement agreement. Dkt. 17. Judge Lehrburger approved the proposed settlement agreement after finding it fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). *See* Dkt. 25.

Given that the approved settlement agreement fully resolves the case, the Court dismisses the case with prejudice, without costs or fees except as provided for in the parties' settlement agreement. The Clerk of the Court is respectfully directed to terminate all motions and deadlines and close this case.

SO ORDERED.

Dated: November 29, 2021
New York, New York

JOHN P. CRONAN
United States District Judge